UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARRIE M. HALL,<br><br>                Plaintiff,<br><br>    v.<br><br>ANTHONY DANIELS, *et al*,<br><br>                Defendants. | Case No.  C07-5624FDB-KLS<br><br>ORDER TO SHOW CAUSE |

      This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  This matter comes before the Court on plaintiff's filing of an application to proceed *in forma pauperis* and a civil rights complaint under 42 U.S.C. § 1983.  To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $350.00 or file a proper application to proceed *in forma pauperis*.

      On November 13, 2008, the Clerk received plaintiff's complaint and application to proceed *in forma pauperis*. (Dkt. #1).  On November 16, 2007, the Clerk sent plaintiff a letter informing him that his application contained several deficiencies, including the lack of a written consent pursuant to Local Rule CR 3(b). (Dkt. #2).  While plaintiff did submit a written consent in response to the Clerk's letter, she did not provide a date along with her signature. (Dkt. #4).

ORDER
Page - 1

Accordingly, the Court orders the following:

(1) Plaintiff shall seek to cure the above deficiency by filing **no later than February 10, 2008**, a complete signed and dated copy of the written consent required by Local Rule CR 3(b).

**Failure to cure this deficiency by the above date shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.**

(2) The Clerk is directed to send a copy of this Order to plaintiff[, along with the appropriate written consent form.

DATED this 10th day of January, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2