UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARRIE MARIE HALL,<br><br>                Plaintiff,<br><br>     v.<br><br>ANTHONY DANIELS, *et al*,<br><br>                Defendants. | Case No. C07-5624FDB-KLS<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME |

This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Magistrates Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. The case is before the Court on plaintiff's filing of a request for an extension of time (Dkt. #41) to respond to the Court's order to show cause directing her to file an amended complaint seeking to cure the deficiencies noted therein in her original complaint (Dkt. #40). After reviewing plaintiff's request and the balance of the record, the Court finds and orders as follows:

Plaintiff was given until September 5, 2008, in which to respond to the Court's order to show cause. On August 22, 2008, plaintiff filed her request for an extension of time, stating therein that she was in solitary confinement with very little access to legal materials. She requests an extra 30 days in which to respond to the order to show cause. Although plaintiff has not properly filed her request as a motion, or, it appears, properly served it on defendants, the Court nevertheless does not find her request unreasonable. Indeed, defendants do not object to plaintiff's request, but point out as well that he failed

ORDER
Page - 1

to properly serve them as he is required to do. (Dkt. #42).

Accordingly, plaintiff's request for a 30-day extension of time (Dkt. #41) hereby is GRANTED. Plaintiff shall have until **no later than October 9, 2008**, in which to respond to the order to show cause in the manner described therein. **Plaintiff is warned, however, that failure so respond by that date may result in a recommendation of dismissal of this matter with prejudice. Plaintiff also should be aware that failure to properly serve future motions on other parties to this matter may result in the denial thereof.**

The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants.

DATED this 9th day of September, 2008.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge