# United States District Court

WESTERN DISTRICT OF WASHINGTON

CARRIE MARIE HALL

v.

ANTHONY DANIELS, *et al.,*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5624FDB/KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court adopts the Report and Recommendation;

Plaintiff's complaint is DISMISSED; and

The Clerk is directed to terminate this action pursuant to **28 U.S.C. § 1915(e)** and to count this action as a dismissal under **28 U.S.C. § 1915(g)**.

|  |  |
|---|---|
| December 5, 2008 | BRUCE RIFKIN |
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |